# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

132218
 (70)
(71)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY ELLEN McDONALD,
　　　　　Plaintiff-Appellee,

v

FARM BUREAU INSURANCE CO,
　　　　　Defendant-Appellant.

SC: 132218
COA: 259168
Genesee CC: 03-076398-NF

_____/

　　　　On order of the Court, the motion to strike appellant's reply brief and supplement to appendix and the motion to expand the record on appeal are considered, and the motion to strike appellant's reply brief and supplement to appendix is DENIED. The motion to expand the record on appeal is GRANTED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____

Clerk

l0723